STATE OF MISSOURI, Respondent, v. S. D. WHITTEN, Appellant.

Kansas City Court of Appeals, December 6, 1886.

CASE ADJUDGED.—Where a motion was filed in the trial court, after judgment rendered, upon a forfeited recognizance, on return of writ of *scire facias*, and real estate of defendant sold under execution issued thereon : and motion was overruled and appeal taken upon such ruling, and no assignment of errors, or any abstract of the record, or any briefs are filed in this court, the judgment will be affirmed.

APPEAL from Henry Circuit Court, HON. JAMES B. GANTT, Judge.

*Affirmed.*

The case is stated in the opinion.

PHILIPS, P. J.—This is a proceeding on a forfeited recognizance. Judgment was rendered on return of writ of *scire facias*, and under execution issued thereon the real estate of appellant was sold. He filed motion to

set aside the execution and vacate the sale on the return day of the writ of *fi fa*. From the judgment of the court in overruling said motion he has appealed. He has failed to file in this court any assignment of errors, or any abstract of the record, or any briefs.

The judgment of the circuit court is, therefore, affirmed. All concur.